IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:25-CR-133 |
| | ) | |
| v. | ) | Possession of a Machinegun |
| | ) | 18 U.S.C. § 922(o) and 26 U.S.C. § 5845(b) |
| | ) | (Count One) |
| NEVAHN JEFFERSON | ) | |
| | ) | |
| Defendant. | ) | Forfeiture Allegation |

August 2025 Term – at Richmond, Virginia

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of a Machinegun)

On or about February 27, 2025, in the Eastern District of Virginia, the defendant, NEVAHN JEFFERSON, did knowingly possess a machinegun, to wit: a Glock, Model 19, 9mm caliber pistol, bearing serial number CACB665, equipped with a Glock conversion device, commonly known as a "Glock switch" or "Glock auto sear," converting the pistol to a machinegun, which shoots automatically more than one shot, without manual reloading, by a single function of the trigger.

(In violation of Title 18, United States Code, Section 922(o) and Title 26, United States Code, Section 5845(b).)

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of the offense alleged in Count One of this Indictment, he shall forfeit any firearms or ammunition involved in or used in any knowing violation of the offense charged.

Property subject to forfeiture includes, but is not limited to:

(1) a Glock, Model 19, 9mm caliber pistol, bearing serial number CACB665;

(2) a Glock conversion device, commonly known as a "Glock switch" or "Glock auto sear," and

(3) any and all accompanying ammunition and magazines.

(In accordance with Title 18, United States Code, Section 924(d), as incorporated by Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853(p)).

A TRUE BILL:

_____
FOREPERSON

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

ERIK S. SIEBERT
United States Attorney

By: _____
Eric Gilliland
Special Assistant United States Attorney